**John Cooke WILSON, Plaintiff–Appellant,**

v.

**PRESIDENT, TIME, INCORPORAT- ED; Brian Wolfe, Director of Consumer Marketing Time, Incorporated; E. Matthews, Director of Sweepstakes Time, Incorporated; W.J. Miller, Director of Sweepstakes Time, Incorporated; President, Ventura Associates, Incorporated; President, Sports Illustrated Magazine; Guaranteed & Bonded Sweepstakes III; Time Customer Service, Incorporated, Defendants–Appellees.**

No. 02–1213.

United States Court of Appeals, Fourth Circuit.

Submitted May 21, 2002.

Decided June 11, 2002.

John Cooke Wilson, Appellant Pro Se. Frank Rogers Ellerbee, III, Robinson, McFadden & Moore, P.C., Columbia, South Carolina, for Appellees.

Before WILKINS, WILLIAMS, and KING, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

PER CURIAM.

John Cooke Wilson appeals the district court's order adopting the report and rec- ommendation of a magistrate judge grant- ing Appellees' motion for summary judg- ment and dismissing Wilson's action. On appeal, Wilson contends that the district court erred by dismissing his claims of fraud, perjury, and conspiracy stemming from a magazine sweepstakes promotion.* Finding no error, we affirm.

We review an award of summary judg- ment de novo. *Higgins v. E.I. DuPont de Nemours & Co.,* 863 F.2d 1162, 1167 (4th Cir.1988). Summary judgment is appro- priate when "the pleadings, depositions, answers to interrogatories, and admissions on file, together with the affidavits, if any, show that there is no genuine issue as to any material fact and that the moving par- ty is entitled to judgment as a matter of law." Fed.R.Civ.P. 56(c); *Anderson v. Liberty Lobby, Inc.,* 477 U.S. 242, 247–49, 106 S.Ct. 2505, 91 L.Ed.2d 202 (1986). In determining whether the moving party has shown that there is no genuine issue of material fact, we assess the factual evi- dence and all inferences to be drawn therefrom in the light most favorable to the non-moving party. *Id.* at 255; *Smith v. Va. Commonwealth Univ.,* 84 F.3d 672, 675 (4th Cir.1996).

We have reviewed Wilson's claims and find them meritless. Accordingly, we af- firm on the reasoning of the district court. *See Wilson v. President, Time, Inc.,* No. CA–00–2293–1–13AK (D.S.C. Dec. 7, 2001). We dispense with oral argument because the facts and legal contentions are ade- quately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*

---

* Wilson raised several other claims in his origi- nal complaint, but he failed to raise those claims on appeal. Therefore, he has waived review of those claims. *See* 4th Cir. R. 34(b).